IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Domingo Martinez, individually and on behalf of other similarly situated employees, Plaintiff<br>v.<br>Byron's Hot Dog, Inc. dba Byron's Hot Dogs, and Michael E. Payne, Defendants | Case No. 1:17-cv-4342<br>Judge: Hon. Andrea R. Wood<br>Magistrate Judge: Hon. Jeffrey Cole |

## JOINT STIPULATION OF DISMISSAL

The parties to the above entitled action, by their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate that this matter shall be dismissed in its entirety, without prejudice, with each party incurring its own attorneys' fees and costs. On September 1, 2017, absent a motion by either party to reinstate, the dismissal of this matter shall convert automatically to a dismissal with prejudice.

Respectfully submitted on Monday, July 31, 2017.

| | |
|---|---|
| /s/ Valentin T. Narvaez<br>Plaintiffs' counsel | /s/ Kostas L Cios<br>Defendants' Counsel |
| Consumer Law Group, LLC<br>6232 N. Pulaski, Suite 200<br>Chicago, IL 60646 | Stotis & Baird Chartered<br>200 W. Jackson Blvd., Suite 1050<br>Chicago, IL 60606 |